UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELEANOR HAHN,

    Plaintiff,

    v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

NO. 2:09-CV-0464 FCD GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to representation of the parties, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 26, 2009. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: May 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE